UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | |
|---|---|
| JENNIFER CLOUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0751-JDT-TAB |
| ) | |
| ADDISON-McKEE, INC., f/k/a McKEE- ) | |
| ADDISON TUBE FORMING, INC., ) | |
| BANNER ENGINEERING CORPORATION,) | |
| and PRIDGEON & CLAY, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL AS TO DEFENDANT PRIDGEON & CLAY, INC.**

Defendant Pridgeon & Clay, Inc. is hereby dismissed from this action with prejudice.

ALL OF WHICH IS ORDERED this 12th day of June 2006.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Edward Gerard Bielski
Stewart & Irwin
ebielski@silegal.com

David C. Campbell
Bingham McHale LLP
dcampbell@binghammchale.com

Stephanie Lynn Cassman
Lewis & Wagner
scassman@lewiswagner.com

Keith A. Gaston
Defur Voran LLP
kgaston@defur.com

Sean J. Hardy
Johnson & Bell Ltd.
hardys@jbltd.com

Thomas C. Hays
Lewis & Wagner
thays@lewiswagner.com

Edward W. Hearn
Johnson & Bell
hearne@jbltd.com

Kurt E. Keagle
Johnson & Bell Ltd.
keaglek@jbltd.com

Robert R. McNamara
Johnson & Bell Ltd.
mcnamarar@jbltd.com

Pamela A. Paige
Defur Voran LLP
ppaige@defur.com

Tara J. Stapleton
Bingham McHale LLP
tstapleton@binghammchale.com

Daniel John Zlatic
Johnson & Bell Ltd.
zlaticd@jbltd.com